UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-3080**

Gruen v. Gruen

To:  Clerk

    1)    Appellant's Motion for Default Judgment against Appellee Ahuva Gruen

---

The foregoing motion is referred to the panel of the Court that will consider the merits of this appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: June 6, 2024
Sb/cc:  Yoel Gruen
        All Counsel of Record